IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKEY CRITTENDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:05-cv-0845-WKW |
| | ) |
| DONAL CAMPBELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On July 16, 2007, the Magistrate Judge filed a Recommendation (Doc. # 20) in this case to which an objection was filed (Doc. # 22).  Upon an independent and *de novo* review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. # 20) is ADOPTED;

2. Defendants' motion for summary judgment (Doc. # 10) is GRANTED;

3. The costs of this proceeding are TAXED against the plaintiff for which execution may issue;

4. This case is DISMISSED WITH PREJUDICE.

An appropriate judgment will be entered.

Done this 27thday of September 2007.

                                        /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE